```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :        CRIMINAL ACTION
                                :
          v.                    :
                                :
RENATO TEIXERA                  :        NO. 25-295
```

ORDER

AND NOW, this 27th day of October 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Renato Teixera to suppress evidence (Firearm) (Doc. # 14) is GRANTED.

BY THE COURT:

/s/  Harvey Bartle III
                                                  J.