IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| RENATO TEIXERA | : | NO. 25-295 |

<u>ORDER</u>

AND NOW, this 19th day of November 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of the Government for reconsideration (Doc. # 29) of the court's Memorandum and Order Granting Motion to Suppress (Docs. # 23 and # 24) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.